NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**PRINCETON DIGITAL IMAGE CORPORATION,**
*Plaintiff-Appellant*

**v.**

**UBISOFT ENTERTAINMENT SA, UBISOFT, INC.,**
*Defendants-Appellees*

---

2020-1204

---

Appeal from the United States District Court for the District of Delaware in No. 1:13-cv-00335-LPS-CJB, Chief Judge Leonard P. Stark.

---

## JUDGMENT

---

JONAS R. MCDAVIT, Desmarais LLP, New York, NY, argued for plaintiff-appellant. Also represented by WILLIAM FINDLAY, FRANCESCO SILLETTA.

MICHELLE LYONS MARRIOTT, Erise IP, P.A., Overland Park, KS, argued for defendants-appellees. Also represented by ERIC ALLAN BURESH.

---

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (DYK, SCHALL, and HUGHES, *Circuit Judges*).

**AFFIRMED. See Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

November 9, 2020      /s/ Peter R. Marksteiner
     Date                    Peter R. Marksteiner
                             Clerk of Court